Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ATHALEAN HARPER-MOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 1:16-cv-00609-LJO-BAM<br><br>**STIPULATION TO CONTINUE HEARING AND RELATED BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND ORDER**<br><br>Date: July 27, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 4, 7th floor<br>Judge: Honorable Lawrence J. O'Neill<br><br>Complaint Filed: 4/20/2016 |

1

1    This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiff Athalean Harper-Mosley ("Plaintiff") and Defendant Otsuka Pharmaceutical Co., Ltd. ("Defendant").

WHEREAS, Defendant filed a motion to dismiss Plaintiff's Complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) (ECF 20), to which Plaintiff is scheduled to file an opposition to Defendant's motion by July 13, 2016, and in further support of which Defendant is scheduled to file a reply by July 20, 2016; and

WHEREAS, the hearing on Defendant's motion before the Court is currently scheduled for July 27, 2016, at 8:30 am.; and

WHEREAS, under Local Rule 123, this case was determined related to *Sears v. Bristol-Myers Squibb Company, et al.*, 1:16-cv-00065-LJO-BAM, and *Reynolds v. Bristol-Myers Squibb Company, et al.*, 1:16-cv-00357-LJO-BAM (ECF 9)[1]; and

WHEREAS, Defendant also filed motions to dismiss plaintiffs' complaints for lack of personal jurisdiction in *Sears* and *Reynolds*; and

WHEREAS, in light of the parties' stipulations in *Sears* and *Reynolds*, the Court entered an order vacating the scheduled hearing dates on Defendant's motions to dismiss in *Sears* and *Reynolds*, permitting jurisdictional discovery, and permitting plaintiffs to submit supplemental oppositions by July 12, 2016 and Defendant to submit supplemental replies by July 19, 2016, after which filings the Court would take the matters under submission on the papers; and

WHEREAS, on June 24, 2016, the parties to this case and 25 other similar cases pending in federal courts nationwide filed a Joint Motion to Transfer before the Judicial Panel on Multidistrict Litigation to transfer all of the pending cases into a multidistrict litigation; and

WHEREAS, on June 29, 2016, all defendants in this case, as well as in *Sears* and *Reynolds*, filed an unopposed motion to stay proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the Joint Motion to Transfer (ECF 31, 32)[2]; and

---

[1] A later-filed case, *Vickers v. Bristol-Myers Squibb Co., et al.*, 1:16-cv-737-LJO-BAM, was also deemed related to this case, *Sears*, and *Reynolds*. (ECF 26; *see Vickers*, ECF 5.) Defendant intends to file a motion to dismiss for lack of personal jurisdiction in *Vickers* as well.
[2] The motion to stay was also filed in *Vickers*.

STIPULATION TO CONTINUE HEARING AND RELATED BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00609-LJO-BAM

WHEREAS, the motion to stay is noticed for hearing on July 28, 2016 (ECF 31, 32); and

WHEREAS, in *Sears* and *Reynolds*, there are pending stipulations and proposed orders to continue the supplemental briefing deadlines on parallel schedules until after resolution of the pending motions to stay (plaintiffs' filing on August 18, 2016, and Defendant's filings on August 25, 2016); and

WHEREAS, Plaintiff and Defendant desire this case to proceed on the same footing as *Sears* and *Reynolds* with respect to Defendant's motion to dismiss for lack of personal jurisdiction;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the Court should permit jurisdictional discovery and continue the hearing and related briefing deadlines currently scheduled for July 13, 2016 (Plaintiff), July 20, 2016 (Defendant), and July 27, 2016 (Hearing) to August 18, 2016 (Plaintiff), August 25, 2016 (Defendant), and September 1, 2016 at 8:30 a.m. (Hearing) respectively, to permit resolution first of the motion to stay.

This is the parties' first request to continue the hearing and related briefing dates on Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction. All parties agree to this stipulation, and the stipulation does not affect any other previously scheduled dates.

IT IS SO STIPULATED

Dated: July 8, 2016                              WINSTON & STRAWN LLP

                                         By:   /s/ *Krista M. Enns*
                                                Krista M. Enns

                                                Luke A. Connelly (*pro hac vice*)
                                                200 Park Avenue
                                                New York, NY  10166
                                                Phone: (212) 294-6882
                                                Fax: (212) 294-4700
                                                lconnell@winston.com

                                                Matthew A. Campbell (*pro hac vice*)
                                                Eric M. Goldstein (*pro hac vice*)
                                                Rand K. Brothers (*pro hac vice*)
                                                Sarah J. Bily
                                                Erika L. Mayer
                                                1700 K Street, N.W.
                                                Washington, DC  20006
                                                Phone: (202) 282-5848
                                                Fax: (202) 282-5100
                                                macampbe@winston.com
                                                egoldstein@winston.com
                                                rbrothers@winston.com

                                                Attorneys for Defendant
                                                OTSUKA PHARMACEUTICAL CO., LTD.
                                                *(Appearing specially)*

4

STIPULATION TO CONTINUE HEARING AND RELATED BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00609-LJO-BAM

Dated: July 8, 2016                                    ROBINS KAPLAN LLP

                                                       By: /s/ *Munir R. Meghjee*
                                                           Munir R. Meghjee

                                                           Gary L. Wilson (CA Bar # 139358)
                                                           gwilson@robinskaplan.com
                                                           Roman M. Silberfeld (CA Bar # 62783)
                                                           rsilberfeld@robinskaplan.com
                                                           Michael A. Geibelson (CA Bar # 179970)
                                                           mgeibelson@robinskaplan.com
                                                           Munir R. Meghjee (*pro hac vice*)
                                                           mmeghjee@robinskaplan.com
                                                           Megan J. McKenzie (*pro hac vice*)
                                                           mmckenzie@robinskaplan.com
                                                           800 LaSalle Avenue
                                                           Suite 2800
                                                           Minneapolis, MN 55402-2015
                                                           Phone: (612) 349-8500
                                                           Fax: (612) 339-4181

                                                           Attorneys for Plaintiff
                                                           ATHALEAN HARPER-MOSLEY

IT IS SO ORDERED.

   Dated:   **July 11, 2016**                                  **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES CHIEF DISTRICT JUDGE

---

5

STIPULATION TO CONTINUE HEARING AND RELATED BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00609-LJO-BAM